# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**TAMMY HULSEY**                                                      **PLAINTIFF**

V.                    **CASE NO. 3:08CV00107 BD**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 25th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE